IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMON EVERETT HOLMBERG,<br>a/k/a RAYMON HOLMBERG,<br>a/k/a RAY HOLMBERG,<br>a/k/a SEAN EVAN,<br>a/k/a SEAN EVANS,<br><br>Defendant. | Case No. 3:23-cr-206<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

WHEREAS, in the Indictment regarding the above case, the United States sought forfeiture of specific property of the defendant;

AND AS A RESULT of the guilty plea to Count One, Travel with Intent to Engage in Illicit Sexual Activity, in violation of 18 U.S.C. § 2423(b) (Doc. 2), and together with the defendant's waiver of any rights to said property in the Plea Agreement (Doc. 28 ¶4), pursuant to 18 U.S.C. § 2428(a)(1), the defendant shall forfeit to the United States of America all of his right, title and interest to:

- One white Apple iPad with IMEI 355819085093783; and

- Samsung SM-G988U1 with IMEI 355422421183390.

It is hereby ORDERED, ADJUDGED and DECREED:

1. That all of the defendant's right, title and interest in the following property is hereby forfeited, that the United States is hereby authorized to seize the following

property at the time of sentencing, and it will be forfeited to the United States of America for disposition in accordance with the law, that being:

- One white Apple iPad with IMEI 355819085093783; and
- Samsung SM-G988U1 with IMEI 355422421183390.

2. That all of the aforementioned forfeited property is to be held in the custody and control of Department of Homeland Security - Homeland Security Investigations.

3. That the United States of America shall post Notice of Forfeiture on the official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of any and all third-party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

ORDERED this 8th day of August 2024.

Daniel L. Hovland, District Judge
United States District Court

3