UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Raymon Everett Holmberg, a/k/a Raymon Holmberg, a/k/a Ray Holmberg, a/k/a Sean Evan, a/k/a Sean Evans,<br><br>　　　　Defendant. | Case No. 3:23-cr-00206<br><br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

## INTRODUCTION

Defendant, Raymon Everett Holmberg ("Mr. Holmberg"), pleaded guilty to the crime of Travel with Intent to Engage in Illicit Sexual Activity in violation of 18 U.S.C. § 2423(b) on August 8, 2024. A Sentencing Hearing is scheduled for March 26, 2025. Mr. Holmberg files this Sentencing Memorandum for the Court's sentencing consideration.

## GUIDELINE CALCULATION

### I.  Offense Level Calculation

The Government and Mr. Holmberg entered into a written plea agreement.[1] The Parties agreed, under U.S.S.G. § 2G1.3(a)(4), to a base offense level of 24.[2] The Presentence Investigation Report ("PSIR") confirms this assessment.[3]

---

[1]  *See generally* ECF No. 28 ("Plea Agreement").

[2]  *Id.* at ¶ 14.

[3]  ECF No. 52 ("Presentence Investigation Report"), ¶ 32.

At sentencing, the Government will recommend a downward adjustment of two levels for acceptance of responsibility, and will move for an additional one-level downward adjustment for Mr. Holmberg's timely notification of his intent to enter a guilty plea under U.S.S.G. § 3E1.1(b).[4] The PSIR agrees with these adjustments.[5]

This results in a net offense level of **21**.[6]

## II. Criminal History Calculation

The PSIR confirms that Mr. Holmberg has not incurred any prior criminal convictions or juvenile adjudications,[7] resulting in zero criminal history points.[8] Mr. Holmberg's complete lack of prior criminal history places him in Criminal History Category I.[9] Mr. Holmberg agrees that use of **Criminal History Category I** is appropriate for this Court's determination of an appropriate sentence.

## CONCLUSION

When determining Mr. Holmberg's base guideline range, Mr. Holmberg respectfully requests that this Court use **Criminal History Category I**, and offense level **21**, for a guideline

---

[4] Plea Agreement, ¶ 16.

[5] PSIR, ¶¶ 39-40.

[6] *Id.* at ¶ 41.

[7] *See* PSIR, ¶¶ 59-60.

[8] *See* PSIR, ¶ 61.

[9] *Id.* at ¶ 62; U.S.S.G. ch. 5A.

range of **37-46 months**, [10] subject to the departures and variances requested in Mr. Holmberg's Sentencing Memorandum Supplement.

Dated this 19th day of March, 2025

        **VOGEL LAW FIRM**

        */s/ Drew J. Hushka*
BY:  Mark A. Friese
      Drew J. Hushka
      218 NP Avenue
      PO Box 1389
      Fargo, ND  58107-1389
      701.237.6983
      Email:   mfriese@vogellaw.com
                  dhushka@vogellaw.com
      ATTORNEYS FOR DEFENDANT

---

[10] *See also* PSIR, ¶ 80 (same).